# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION
## Civil Action No. 5:22-cv-00217

| | |
|---|---|
| MARIAMA NADIRA ALI, individually and as the representative of a class of similarly-situated persons, <br><br> Plaintiff, <br><br> v. <br><br> ASSURANCE IQ, LLC, a Washington limited liability company, and PRUDENTIAL FINANCIAL, INC., a New Jersey corporation, <br><br> Defendants. | PLAINTIFF'S DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION |

Pursuant to Fed.R.Civ.P. 7.1 and Local Civil Rule 7.3, Plaintiff Mariama NAdira Ali makes the following disclosures:

1. Are parties a publicly held corporation or other publicly held entity?

    ( ) Yes            ( X ) No

2. Do parties have any parent corporations?

    ( ) Yes            ( X ) No

    If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of the parties owned by a publicly held corporation or other publicly held entity?

    ( ) Yes            ( X ) No

    If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Civil Rule 7.3)?

    ( ) Yes    ( X ) No

    If yes, identify entity and nature of interest:

5. Are parties a trade association?

    ( ) Yes    ( X ) No

    If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

6. If case arises out of a bankruptcy proceeding, identify any trustee and members of any creditors' committee:

    N/A

May 31, 2022

/s/ Craig M. Shapiro_____
Craig M. Shapiro (State Bar # 48887)
Law Offices of John T. Orcutt, P.C.
1738 Hillandale Road, Suite D
Durham, North Carolina 27705
(919) 286-1695
cshapiro@johnorcutt.com

ATTORNEY FOR PLAINTIFF