IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-cv-00217-BO

| | |
|---|---|
| MARIAMA NADIRA ALI ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| v. ) | **NOTICE OF VOLUNTARY DISMISSAL** |
| ) | |
| ASSURANCE IQ, LLC AND ) | |
| PRUDENTIAL FINANCIAL, INC. ) | |
| ) | |

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i), Plaintiff, MARIAMA NADIRA ALI, through her undersigned attorneys, hereby dismisses this action with prejudice as to Plaintiff's individual claims, without prejudice as to class allegations, each party to bear its own costs.

Respectfully submitted,

/s/ Ryan M. Kelly
Ryan M. Kelly (*admitted pro hac vice*)
**ANDERSON + WANCA**
3701 Algonquin Rd., Suite 500
Rolling Meadows, IL 60008
Tele: 847-368-1500
Email: rkelly@andersonwanca.com

Craig Shapiro
**The Law Offices of John T. Orcutt, P.C.**
1738 Hillandale Road, Suite D
Durham, NC 27705
Telephone: (919) 286-1695
Email: cshapiro@johnorcutt.com

# CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2022, I electronically filed the foregoing Joint Stipulation of Voluntary Dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such filings to all counsel of record.

/s/ Ryan M. Kelly